# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00125SOM |
| CASE NAME: | USA vs. (02) Joshua Tokars |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | 02 Shanlyn Park |
| | Mona Godinet (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Ann Matsumoto |
| DATE: | 1/12/2006 | TIME: | 3:00 - 3:40 |

COURT ACTION:  EP:

Sentencing to the Felony Information; Government's Motion for Downward Departure -

Defendant (02) Joshua Tokars present.

Court adopts the PSR, and it is filed under seal along with the USPO's recommendations.

The Court found that the defendant qualifies for the "safety valve" provisions as set for in 18 USC Section 3553(f)(1)-(5).

Government's Motion for Downward Departure - Granted.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: 24 Months.

Supervised Release: 4 Years.

Fine: $3,000.00

Special Assessment: $100.00.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by the Probation Office. condition).

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the fine of $3,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATIONS: 1) Camp on the west coast; 2) If the defendant is eligible, Vocational and Educational Programs, and the 500 Hour Comprehensive Drug Treatment Program.

Mittimus is stayed until 5/15/06.

Defendant to self surrender @ 10:00 a.m. 5/15/06 at the facility designated by the BOP. The time is the time at the facility.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.